# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>GENE JIRAK,<br><br>    Defendant. | Case No. CR11-2041<br><br>ORDER REGARDING COUNSEL |

On the 14th day of February 2012, this matter came on for hearing on the "Notice of Dismissal of Federal Defender" filed by Defendant *pro se* on February 10, 2012. The Government was represented by Assistant United States Attorney C.J. Williams. Defendant Gene Jirak was present, together with attorney JoAnne Lilledahl.

After discussing the matter on the record at the time of hearing, Defendant advised the Court that he intended to proceed with Ms. Lilledahl as court-appointed counsel. Accordingly, the Court finds that no court action is required on Defendant's notice of dismissal of federal defender.

## ORDER

IT IS THEREFORE ORDERED that the Court will take no action on the Notice of Dismissal of Federal Defender (docket number 38) filed by Defendant.

DATED this 14th day of February, 2012.

JON STUART SCOLES
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA