IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>GENE JIRAK,<br><br>   Defendant. | No. 11-CR-2041-LRR<br><br>VERDICT FORM—COUNT 1 |

_____

We, the Jury, unanimously find the defendant, GENE JIRAK, __Guilty__ of the crime charged in Count 1 of the Indictment.
<br>Not Guilty/Guilty

/s/Foreperson
_____
FOREPERSON

6/21/2012
_____
DATE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 11-CR-2041-LRR |
| vs. | VERDICT FORM—COUNT 2 |
| GENE JIRAK, | |
| Defendant. | |

We, the Jury, unanimously find the defendant, GENE JIRAK, __Guilty__ of the crime charged in Count 2 of the Indictment.
Not Guilty/Guilty

/s/Foreperson
_____
FOREPERSON

6/21/2012
_____
DATE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>GENE JIRAK,<br><br>    Defendant. | No. 11-CR-2041-LRR<br><br>**VERDICT FORM—COUNT 3** |

We, the Jury, unanimously find the defendant, GENE JIRAK, __Guilty__ of the crime charged in Count 3 of the Indictment.
<br>Not Guilty/Guilty

/s/Foreperson
_____
FOREPERSON

6/21/2012
_____
DATE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>GENE JIRAK,<br><br>    Defendant. | No. 11-CR-2041-LRR<br><br>VERDICT FORM—COUNT 4 |

We, the Jury, unanimously find the defendant, GENE JIRAK, __Guilty__ of the crime charged in Count 4 of the Indictment.
<br>Not Guilty/Guilty

/s/Foreperson
_____
FOREPERSON

6/21/2012
_____
DATE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 11-CR-2041-LRR |
| vs. | VERDICT FORM—COUNT 5 |
| GENE JIRAK, | |
| Defendant. | |

We, the Jury, unanimously find the defendant, GENE JIRAK, __Guilty__ of the crime charged in Count 5 of the Indictment.
Not Guilty/Guilty

/s/Foreperson
_____
FOREPERSON

__6/21/2012__
DATE