# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **HEARING MINUTES**  Sealed: No |
| Plaintiff(s) | Case No.: 11-CR-2041-LRR |
| vs. | Presiding Judge: Chief Judge Linda R. Reade |
| GENE JIRAK | Deputy Clerk: Erin M. Snider |
| Defendant(s) | Court Reporter: Patrice Murray   Contract? No |
| | (If yes, send copy to financial) |
| | Recording: Yes   Method: FTR Gold |

| Date: | 10/11/2012 | Start: | 3:36 P.M. | Adjourn: | 4:09 P.M. | Courtroom: | 1 |
|---|---|---|---|---|---|---|---|
| Recesses: | -- | | | Time in Chambers: | -- | Telephonic? | No |

| Appearances: | Plaintiff(s): | AUSA Charles J. Williams |
|---|---|---|
| | Defendant(s): | Defendant appears pro se |
| | U.S. Probation: | Jill Bushaw |
| | Interpreter: | --   Language: --   Certified: --   Phone - |

| **TYPE OF PROCEEDING:** | IS THE HEARING | Contested? | No | Continued from a previous date? | No |
|---|---|---|---|---|---|
| **SENTENCING:** | | | | | |

| | Objections to PSIR: | None | Ruling: | -- |
|---|---|---|---|---|
| | Motions to vary/depart: | None | Ruling: | -- |
| | Count(s) dismissed: | None | | |
| | Sentence (See J & C): | | | |
| | Fine: | | Special assessment: | |
| | Supervised Release: | | | |
| | Court's recommendations (if any): | | | |
| | Defendant is | released | and shall report | at the United States District Court, located at 111 7th Ave. S.E., Cedar Rapids, Iowa, on November 5, 2012, at 10:00 a.m. |
| | **Witness/Exhibit List is** | not applicable. | | |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (05/29/09), ¶ 7.

| **Miscellaneous:** | "Motion to Stay or Inunction Pending Appeal" (docket no. 126) is **DENIED**. No order to follow. |
|---|---|
| | Hearing concluded. |